## United States Bankruptcy Court
### District of Nebraska

| | | |
|---|---|---|
| In re **Angela Lawson** | Case No. | **11-82003** |
| Debtor(s) | Chapter | **7** |

### Motion for Turnover of Garnished Personal Property

1. Debtor, **Angela Lawson**, commenced this case on **8/07/11** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a default Judgemnt and garnishment held by Merchants Credit adjusters on property held by the debtor.

3. On August 4, 2008, creditors recorded a default judgment against the following debtor's property:

**Wages**

The said Default Judgment is entered of record as follows:

**CI 08 - 16717**

4. All such possessions of debtor(s) have been claimed as fully exempt in their bankruptcy case.

5. The withholding of the garnished funds impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against Merchants Credit Adjusters avoiding and canceling the Default Judgment in the above-mentioned property, and for those funds to be turned over to the debtor immediately.

Date **August 25, 2011**     Signature **/s/ Angela Lawson**
　　　　　　　　　　　　　　　　　　　　　　**Angela Lawson**
　　　　　　　　　　　　　　　　　　　　　　Debtor

## ORDER

The motion of the above-named debtor, **Angela Lawson**, to turnover garninshed wages from the respondent, Merchants Credit Adjusters is sustained. The default judgment and garnishment impairs the exemption and is of record as follows:

**CI 08-16717, recorded 8/4/2008**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

**Merchants Credit Adjusters** shall take all steps necessary to return the aforementioned property of the debtor.

Dated_____, 20_____      _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**