IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | ) CASE NO. 11-82003 |
|  | ) Chapter 7 |
| Angela M. Lawson | ) |
|  | ) 9013 NOTICE |
| Debtors, | ) |

Notice is hereby given that Angela M. Lawson has filed a Motion for Turnover of Personal Property and any other relief the Court deems necessary and proper. Unless a written resistance or a request for hearing is filed and served on or before **September 14, 2011,** the Court will consider ruling on the Motion without hearing and without further notice. You must also mail a copy of your resistance or request for hearing to Douglas R. Lederer, The Law Office of Douglas R. Lederer, P. O. box 45324, Omaha, NE 68145 or in the alternative, give electronic notice by filing a resistance the CM/ECF system.

Angela M. Lawson, Debtor

By: */s/Douglas R. Lederer*
Douglas R. Lederer, 23071
The Law Office of Douglas R. Lederer
P. O. Box 45324
Omaha, NE 68145
(402) 250-3685
(402) 932-8485 Fax
Attorney for Debtor

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 25th day of August, 2011, a true and correct copy of the above document was electronically served by filing this notice in the CM/ECF system to Ashley E. Dieckman, Attorney for Creitor, Thomas Stalnaker, Chapter 7 Trustee, and Patricia Fal!ey, US Trustee.